# UNITED STATES DISTRICT COURT

### DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | (For **Revocation** of Probation or Supervised Release) |
| v. | Case Number:  05-mj-00701-GJR |
| | USM Number:  33628-013 |
| SCOTT A. SPERRY | Stefan Schweissing |
| | (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 2, 3, 4, and 5, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and use of a controlled substance | 2/7/06 |
| 2 | Possession and use of a controlled substance | 2/10/06 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

March 21, 2006
Date of Imposition of Judgment

s/Gudrun Rice
Signature of Judge

Gudrun Rice, U.S. Magistrate Judge
Name & Title of Judge

April 28, 2006
Date

DEFENDANT:  SCOTT A. SPERRY
CASE NUMBER:  05-mj-00701-GJR                                                              Judgment-Page 2

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Possession and use of a controlled substance | 2/14/06 |
| 4 | Failure to complete community service hours | 2/27/06 |
| 5 | Possession and use of a controlled substance | 2/22/06 |

DEFENDANT:  SCOTT A. SPERRY
CASE NUMBER:  05-mj-00701-GJR                                                    Judgment-Page 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 60 days.  The defendant shall receive credit for time served from March 10, 2006.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

DEFENDANT:  SCOTT A. SPERRY
CASE NUMBER:  05-mj-00701-GJR                                                                Judgment-Page 4

By _____
        Deputy United States Marshal